12/23/2015                               TDCJ Offender Details

Lob,488-07

 

★ **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**TDCJ Home**
**New Offender Search**

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 04041616 |
| **TDCJ Number:** | 01434055 |
| **Name:** | SCHOFIELD,RONALD WAYNE |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1963-09-17 |
| **Maximum Sentence Date:** | 2017-09-16 |
| **Current Facility:** | WYNNE |
| **Projected Release Date:** | 2017-09-16 |
| **Parole Eligibility Date:** | 2008-08-05 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1996-10-16 | SEX ASLT OF CHILD | 1999-01-04 | BRAZORIA | 34,910 | 2-00-00 |
| 2006-09-17 | FAIL REG SEX OFFEND | 2007-04-12 | GALVESTON | 06CR3089 | 11-00-00 |